IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JANACK BEERAM AND
CECELIA BEERAM,

      Appellants,

 v.                              Case No.  5D21-1615
                                      LT Case No. 2019-CA-002190-O

WINTER HILL HOMEOWNERS
ASSOCIATION, INC., A FLORIDA
NOT-FOR-PROFIT CORPORATION,

      Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for Orange County,
Denise Beamer, Judge.

John N. Bogdanoff, of The Carlyle Appellate
Law Firm, Orlando, for Appellants.

Charles L. Eldredge, Jr., of Larsen Slaten
PLLC, Orlando, for Appellee.

PER CURIAM.

     AFFIRMED.

COHEN, TRAVER and WOZNIAK, JJ., concur.